# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

RICKY BRELAND, )
 )
 )
v. ) Case No. CV409-186
 )
COMMISSIONER BRIAN OWENS, )
WARDEN THOMAS AMMONS, )
DEPUTY WARDEN BURNETTE, )
UNIT MANAGER MR. WILCOX, )
 )
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13th day of Jan, 2010.

B. AVANT EDENFIELD, JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA